DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

L.W.O.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0876

_____

August 23, 2024

Appeal from the Circuit Court for Manatee County; Susan Maulucci, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior publication.